IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01931-ZLW

STANLEY D. PEARSON, SR.,

    Applicant,

v.

R. WILEY, Warden,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 12 2007

GREGORY C. LANGHAM
               CLERK

## AMENDED ORDER OF DISMISSAL

On September 4, 2007, the United States Court of Appeals for the Tenth Circuit determined that this Court lacked jurisdiction over the instant action, and remanded the action with directions to dismiss the amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (1994) without prejudice so that Applicant Stanley D. Pearson, Sr., may reassert it in the proper forum. Accordingly, it is

ORDERED that the habeas corpus application is denied, and the action is dismissed without prejudice for lack of jurisdiction.

DATED at Denver, Colorado, this 12 day of Sept, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01931-BNB

Stanley D. Pearson, Sr.
Reg. No. 01625-097
USP – Terre Haute
PO Box 12015
Terre Haute, IN 47801

   I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9-12-7

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk